| Prob22 (Rev 3/98) | | DOCKET NUMBER (Tran. Court) 2:05CR20171-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | RECEIVED 2006 SEP 14 A 9:32 | DOCKET NUMBER (Rec. Court) Cr Misc No 1102 / 1:06cr244-MHT |
| NAME AND ADDRESS OF PROBATIONER/ SUPERVISED RELEASEE Latonia Johnson Ashford, AL 36312 | DISTRICT WESTERN DISTRICT OF TENNESSEE | DIVISION WESTERN |
| | NAME OF SENTENCING JUDGE Honorable Jon P. McCalla | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 12/02/05 — TO 12/01/09 |

OFFENSE

Accessory After the Fact to Armed Bank Robbery
(18 U.S.C. §3)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Western District/Tennessee (Memphis)

IT IS HEREBY ORDERED that pursuant to 18 USC §3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Middle District of Alabama (Dothan) upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Aug 10, 2006
Date

s/Jon Phipps McCalla
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Middle District of Alabama (Dothan)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Sept. 14, 2006
Date

United States District Judge

CERTIFIED TRUE COPY
THOMAS M. GOULD, CLERK
BY _____
DEPUTY CLERK

SCANNED