## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,         )      Cr. No.  05-20171-MI
                                )
vs.                             )      18 U.S.C. § 3
                                )
LATONIA JOHNSON,                )
                                )
              Defendant.        )

FILED IN OPEN COURT
DATE: 5/6/05
TIME: 5:10 PM
INITIALS: JPW

# I N F O R M A T I O N

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about March 18, 2005, in the Western District of Tennessee, the defendant,

-------------------------------------- **LATONIA JOHNSON** --------------------------------------

knowing that an offense against the United States had been committed, to wit, armed bank

robbery in violation of 18 U.S.C. § 2113(a) & (d), did receive, relieve, comfort, and assist

the offenders in order to hinder and prevent their apprehension, trial, and punishment; in

violation of 18 U.S.C. § 3.

DATE: 5/6/05

_____
ASST. UNITED STATES ATTORNEY

CERTIFIED TRUE COPY
THOMAS M. GOULD, CLERK
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 1 in
case 2:05-CR-20171 was distributed by fax, mail, or direct printing on
May 17, 2005 to the parties listed.

US Probation Office
Memphis, TN

US Marshals
Memphis, TN

US Pretrial Office
Memphis, TN

Honorable Jon McCalla
US DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**MEMPHIS DIVISION**

FILED BY _____ . D.C.

05 DEC -5  AM 8: 51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D. OF TN. MEMPHIS

**UNITED STATES OF AMERICA**

-v-                                           **2:05CR20171-01-MI**

**LATONIA JOHNSON**

**Bernie Weinman, CJA**
**Defense Attorney**
**275 Jefferson Avenue**
**Memphis, TN 38103**

---

### JUDGMENT IN A CRIMINAL CASE
**(For Offenses Committed On or After November 1, 1987)**

The defendant pleaded guilty to Count 1 of the Information on May 06, 2005. Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 3 | Accessory After the Fact to Armed Bank Robbery | 03/15/2005 | 1 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 and the Mandatory Victims Restitution Act of 1996.

Indictment 2:05CR20095-MI is dismissed as to Latonia Johnson upon motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Date of Imposition of Sentence:
December 2, 2005

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

December _____2_____, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  12-5-05

CERTIFIED TRUE COPY
THOMAS M. GOULD, CLERK
BY _____
DEPUTY CLERK

18

Defendant's Soc. Sec. No. 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
Defendant's Date of Birth:  11/09/1979
Deft's U.S. Marshal No.:     11639-002

Defendant's Mailing Address:
112 Seventh Avenue
Ashford, AL 36312

## PROBATION

The defendant is hereby placed on probation for a term of **4 Years**.

While on probation, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a firearm, ammunition, destructive device, or dangerous weapons. The defendant shall also comply with the standard conditions that have been adopted by this court (set forth below). If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such file or restitution.

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.

The defendant shall comply with the following standard conditions that have been adopted by this court.

## STANDARD CONDITIONS OF SUPERVISION

1.  The defendant shall not leave the judicial district without the permission of the court or probation officer;

2.  The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3.  The defendant shall answer truthful all inquiries by the probation officer and follow the instructions of the probation officer;

4.  The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

5.  The defendant shall notify the probation officer **ten(10) days prior** to any change in residence or employment;

6.  The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician, and shall submit to periodic urinalysis tests as directed by the probation officer to determine the use of any controlled substance;

7.  The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

8.  The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

9.  The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

10. The defendant shall notify the probation officer within **72 hours** of being arrested or questioned by a

law enforcement officer;

11.   The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

12.   As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

13.   If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## ADDITIONAL CONDITIONS OF PROBATION

The defendant shall also comply with the following additional conditions of probation:

1.   The defendant shall submit to drug testing and drug treatment programs as directed by the Probation Office.

2.   The defendant shall cooperate with DNA collection as directed by the Probation Officer.

3.   The defendant shall seek and maintain employment, working at least 30 hours per week.

4.   Any new residence of the defendant shall have to be approved by the Probation Officer.

5.   The defendant shall obtain her General Equivalency Diploma (G.E.D.).

6.   The defendant shall report *fully* to her Probation Officer.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments. The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options in the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $100.00 | | |

The Special Assessment shall be due immediately.

## FINE

No fine imposed.

## RESTITUTION

No Restitution was ordered.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CR-20171 was distributed by fax, mail, or direct printing on December 5, 2005 to the parties listed.

Benard Weinman
LAW OFFICE OF BENARD WEINMAN
275 Jefferson Ave
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT

# U.S. District Court
## Western District of Tennessee (Memphis)
## CRIMINAL DOCKET FOR CASE #: 2:05-cr-20171-JPM-ALL
### Internal Use Only

Case title: USA v. Johnson                                  Date Filed: 05/06/2005

Assigned to: Jon Phipps McCalla

**Defendant**

**Latonia Johnson** (1)            represented by    **Bernard Weinman**
*TERMINATED: 12/05/2005*                          WEINMAN AND ASSOCIATES
                                                  200 Jefferson
                                                  Ste. 250
                                                  Memphis, TN 38103
                                                  901-523-1833
                                                  Fax: 901-523-0975
                                                  Email: weinmanb@bellsouth.net
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Designation: CJA Appointment*

**Pending Counts**                                **Disposition**

18:3 ACCESSORY AFTER THE                          Dft entered guilty plea on 5/6/05 as to
FACT                                              cnt 1 of the information. Court
(1)                                               sentenced dft to 4 yrs probation;
                                                  $100.00 SA. Dft must comply with
                                                  standard/mandatory conditions of
                                                  probation.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                             **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                    **Disposition**

None

CERTIFIED TRUE COPY
THOMAS M. GOULD, CLERK
BY _____
DEPUTY CLERK

**Plaintiff**

**USA**

represented by **Tony R. Arvin**
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main St.
Ste. 800
Memphis, TN 38103
901-544-4231
Fax: 901-544-0854
Email: tony.arvin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/06/2005 | 1 | INDICTMENT as to Latonia Johnson (1) count(s) 1. (ldc, ) (Entered: 05/17/2005) |
| 05/06/2005 | 2 | WAIVER OF INDICTMENT by Latonia Johnson (ldc, ) (Entered: 05/17/2005) |
| 05/06/2005 | 3 | Minute Entry for proceedings held before Judge Jon Phipps McCalla :Guilty Plea to an Information as to Latonia Johnson held on 5/6/2005, Plea entered by Latonia Johnson (1) Guilty Count 1. Sentencing set for 8/10/2005 08:45 AM before Jon Phipps McCalla. Plea Colloquy/Basis in fact by the Government. Guilty PLEA accepted. PLEA agreement accepted. Order setting conditions of release entered/filed in open court. (Court Reporter B. Parker.) (ldc, ) Modified on 5/17/2005 (ldc, ). (Entered: 05/17/2005) |
| 05/06/2005 | 4 | PLEA AGREEMENT as to Latonia Johnson (ldc, ) (Entered: 05/17/2005) |
| 05/06/2005 | 5 | ORDER Setting Conditions of Release as to Latonia Johnson (1) promises to appear at all proceeding & surrender for services Sentencing set for 8/10/2005 08:45 AM in Courtroom 4 - Memphis before Jon Phipps McCalla.. Signed by Judge Jon Phipps McCalla. (ldc, ) (Entered: 05/17/2005) |
| 07/19/2005 | 6 | POSITION WITH RESPECT TO PRESENTENCE INVESTIGATION REPORT by USA as to Latonia Johnson. (jae, ) (Entered: 07/20/2005) |
| 07/21/2005 | 7 | OBJECTIONS AND POSITION WITH RESPECT TO PRESENTENCE INVESTIGATION REPORT by Defendant Latonia Johnson. (jae, ) (Entered: 07/21/2005) |
| 08/08/2005 | 8 | MOTION to Continue Sentencing Hearing (currently set for 8/10/05)by USA as to Latonia Johnson. (jae, ) (Entered: 08/09/2005) |
| 08/09/2005 | 9 | SETTING LETTER as to Latonia Johnson Sentencing reset for Friday, 10/21/2005 02:30 PM in Courtroom 4 - Memphis before Jon Phipps McCalla. (jml, ) (Entered: 08/10/2005) |

| 08/10/2005 | 10 | ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING..granting [8] Motion to Continue as to Latonia Johnson (1). Reset to 10/21/2005 @ 2:30 p.m.. Signed by Judge Jon Phipps McCalla. (ehg, ) (Entered: 08/11/2005) |
|---|---|---|
| 08/10/2005 |  | Set/Reset Hearings as to Latonia Johnson: Sentencing set for 10/21/2005 02:30 PM before Jon Phipps McCalla. (ehg, ) (Entered: 08/11/2005) |
| 09/07/2005 | 11 | ORDER GRANTING MOTION TO RESET SENTENCING HEARING as to Latonia Johnson. Sentencing REset for 10/27/2005 02:30 PM in Courtroom 4 - Memphis before Jon Phipps McCalla. Signed by Judge Jon Phipps McCalla. (jae, ) (Entered: 09/07/2005) |
| 09/07/2005 | 12 | MOTION to Continue Sentencing Hearing by Latonia Johnson. (jae, ) (Entered: 09/07/2005) |
| 09/08/2005 | 13 | SETTING LETTER as to Latonia Johnson: Sentencing REset for 10/27/2005 02:30 PM in Courtroom 4 - Memphis before Jon Phipps McCalla. (jae, ) (Entered: 09/09/2005) |
| 09/08/2005 |  | ***Motions terminated as to Latonia Johnson: [12] MOTION to Continue filed by Latonia Johnson,. (jae, ) (Entered: 09/29/2005) |
| 10/25/2005 | 14 | MOTION to Continue Sentencing Hearing by Latonia Johnson. (jae, ) (Entered: 10/26/2005) |
| 10/26/2005 | 15 | ORDER GRANTING MOTION TO RESET SENTENCING HEARING [14] as to Latonia Johnson. Sentencing set for 12/2/2005 08:45 AM in Courtroom 4 - Memphis before Jon Phipps McCalla. Signed by Judge Jon Phipps McCalla. (jae, ) (Entered: 10/26/2005) |
| 10/26/2005 | 16 | SETTING LETTER as to Latonia Johnson: Sentencing set for 12/2/2005 08:45 AM in Courtroom 4 - Memphis before Jon Phipps McCalla. (jae, ) (Entered: 10/26/2005) |
| 12/02/2005 | 17 | Minute Entry for proceedings held before Judge Jon Phipps McCalla :Sentencing held on 12/2/2005 for Latonia Johnson (1), Count(s) 1, Dft entered guilty plea on 5/6/05 as to cnt 1 of the information. Court sentenced dft to 4 yrs probation; $100.00 SA. Dft must comply with standard/mandatory conditions of probation. Court advised dft of appeal rights and handed appeal pkt to dft. (Court Reporter B. Parker.) (jae, ) (Entered: 12/05/2005) |
| 12/05/2005 | 18 | JUDGMENT as to Latonia Johnson (1), Count(s) 1, Dft entered guilty plea on 5/6/05 as to cnt 1 of the information. Court sentenced dft to 4 yrs probation; $100.00 SA. Dft must comply with standard/mandatory conditions of probation. Signed by Judge Jon Phipps McCalla. (jae, ) (Entered: 12/05/2005) |
| 12/05/2005 | 19 | REDACTED JUDGMENT as to Latonia Johnson (1), Count(s) 1, Dft entered guilty plea on 5/6/05 as to cnt 1 of the information. Court sentenced dft to 4 yrs probation; $100.00 SA. Dft must comply with standard/mandatory conditions of probation. Signed by Judge Jon Phipps McCalla. (jae, ) (Entered: 12/05/2005) |

| 09/20/2006 | 🔵20 | PROB 22 ORDER Transferring Jurisdiction to the Middle District of Alabama (Dotham) as to Latonia Johnson . Signed by Judge Jon Phipps McCalla on 8/10/2006. (agj,) (Entered: 10/17/2006) |
| 10/18/2006 | 🔵21 | Probation Jurisdiction Transferred to Middle District of Alabama as to Latonia Johnson Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (jae, ) (Entered: 10/18/2006) |