PROB 12A
(7/93)

# United States District Court
## for
## Middle District of Alabama
## Report on Offender Under Supervision

Name of Offender: LATONIA JOHNSON                Case Number: 1:06CR00244-MHT

Name of Sentencing Judicial Officer: Honorable Jon Phipps McCalla, U.S. District Judge, Western District of Tennessee.  Jurisdiction transferred to the Middle District of Alabama; assigned to Honorable Myron H. Thompson, U.S. District Judge

Date of Original Sentence: December 2, 2005

Original Offense: Accessory After the Fact to Armed Bank Robbery; 18 USC § 3

Original Sentence: Four (4) year term of probation

Type of Supervision: Probation            Date Supervision Commenced: December 2, 2005

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number            Nature of Noncompliance

   **Violation of condition of supervised release which states, "The defendant shall refrain from any unlawful use of a controlled substance."**

On December 8, 2006, a urine specimen was obtained from Johnson taken by U.S. Probation Clerk Sherry Savoie.  The specimen revealed a presumptive positive for opiates, and Johnson admitted taking a prescription medication containing codeine for a toothache.  The prescription was not Johnson's but belonged to her grandmother.

**Probation Officer Action:**

It is recommended that no punitive action be taken at this time. Johnson and her children reside with her grandparents.  She is starting a new job at Taco Bell on December 13, 2006.  This officer verified with Johnson's grandmother, Lois Teague, that she has a prescription for Tylenol with Codeine. Ms. Teague also verified she gave a tablet to Johnson for a toothache.  If the Court concurs with this recommendation, the probation officer will continue drug testing Johnson, and make a referral for substance abuse treatment.  She will continue to be monitored and any future positive drug tests, or other violations, will be reported to the Court.

                                        Respectfully submitted,

                                        /s/ Louis D. Johns, Jr.
                                        Louis D. Johns, Jr.
                                        U.S. Probation Officer
                                        Date: December 11, 2006

Reviewed & Approved:

   /s/ Robert A. Pitcher
Robert A. Pitcher, Senior U.S. Probation Officer\OIC

PROB 12A  
(7/93)

2

*The Court directs that additional action be taken as follows:*

[X]  Concur with Recommendation  
[ ]  Submit a Request for Modifying the Conditions or Term of Supervision  
[ ]  Submit a Request for Warrant or Summons  
[ ]  Other

/s/  Myron H. Thompson  
Myron H. Thompson  
U.S. District Judge

December 11, 2006  
Date