# United States District Court

for

Middle District of Alabama

**RECEIVED**

2007 APR -6 A 9: 05

Petition for Warrant or Summons for Offender Under Supervision

A. P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Name of Offender: LATONIA JOHNSON                           Case Number: 1:06CR00244-MHT

Name of Sentencing Judicial Officer: Honorable Jon Phipps McCalla, U.S. District Judge, Western District of Tennessee. Jurisdiction transferred to the Middle District of Alabama; assigned to Honorable Myron H. Thompson, U.S. District Judge

Date of Original Sentence: December 2, 2005

Original Offense: Accessory After the Fact to Armed Bank Robbery; 18 USC § 3

Original Sentence: Four (4) year term of probation

Type of Supervision: Probation                              Date Supervision Commenced: December 2, 2005

Assistant U.S. Attorney: Louis Franklin                     Defense Attorney: Federal Defender

## PETITIONING THE COURT

[ ]   To issue a summons
[X]   To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number                                            Nature of Noncompliance

1.    Violation of condition of supervised release which states, "The defendant shall not commit another federal, state or local crime."

On April 2, 2007, Johnson was arrested by officers of the Dothan, Alabama Police Department for two counts of Chemical Endangerment of a Child. On April 2, 2007, Johnson was a passenger in a vehicle driven by her sister, Katrina Teague. Passengers in the backseat of the vehicle included Johnson's two children, ages 6 and 8 years old, and Teague's 8 year old daughter. An off duty Dothan Police Officer, Dennis Sallas, observed Johnson and Teague smoking marijuana in the vehicle. He called the police department and reported this incident. A patrol car was dispatched and Officer Robert Cole conducted a traffic stop on Garland Street in Dothan, Alabama. The drivers side door was opened in order for the officer to speak to Teague, and he smelled a strong odor of burnt marijuana, and also observed a small plastic bag of suspected marijuana in the door handle. Teague and Johnson were both arrested, and DHR was called to care for the children. On April 4, 2007, Johnson admitted to U.S. Probation Officer Louis D. Johns, Jr., that she was smoking marijuana with her sister when observed by Officer Sallas.

2. **Violation of condition of supervised release which states, "The defendant shall refrain from any unlawful use of a controlled substance."**

On March 22, 2007, Johnson was contacted at her residence by U.S. Probation Officer Louis D. Johns, Jr., for the purpose of drug testing. Johnson admitted using marijuana on March 8, 2007, and signed an Admission of Drug Use form.

3. **Violation of condition of supervised release which states, "The defendant shall refrain from any unlawful use of a controlled substance."**

On April 4, 2007, Johnson was contacted by U.S. Probation Officer Louis D. Johns, Jr., at the Houston County Jail in Dothan, Alabama, for the purpose of drug testing. Johnson admitted using marijuana on April 2, 2007, and signed an Admission of Drug Use form.

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
  [X]   revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   April 5, 2007

Louis D. Johns, Jr.
U.S. Probation Officer

Reviewed and approved:
Robert A. Pitcher, Senior U.S. Probation Officer/OIC

THE COURT ORDERS:

[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   No Action
[ ]   Other

Myron H. Thompson
United States District Judge

Date